IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHERRY BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:26-cv-00540-MTT |
| KIMON THERMOS et al., | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 20th day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk